UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Gina Russomanno
plaintiff, Pro Se

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

① The Rosen Law Firm, P.A.
and
② Strategic Claims Services

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Gina Russomanno
Street Address   6309 Avalon Ct.
County, City   West Long Branch, NJ
State & Zip Code   07764
Telephone Number

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: The Rosen Law Firm, P.A.
Street Address: 101 Greenwood Ave., Ste. 440
County, City: Jenkintown, PA
State & Zip Code: 19046

Defendant No. 2
Name: Strategic Claims Services
Street Address: 600 N. Jackson St. #205
County, City: Media, PA
State & Zip Code: 19063

Defendant No. 3
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions   [X] Diversity of Citizenship
[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 15 U.S.C. 78(m) Securities Exchange Act & FRCP Rule 23-Class Action Non-payment of Judgement Award

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jersey__

Defendant(s) state(s) of citizenship __Pennslyvania__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __7/7/2021, 9/8/2021, 1/19/2022, 8/18/2022, 8/22/2022, 8/31/2022__

B. What date and approximate time did the events giving rise to your claim(s) occur? __8/22/2022 Text Order Case No. [2:17-cv-00496] via Honorable Edward S. Kiel U.S.M.J.__

C. Facts: 

See: Plaintiff BRIEF attached, herein (separate pages)

[Sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

- 3 -

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____N/A_____

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

See: Plaintiff BRIEF attached, herein (separate pages)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of __November (3)__, 20__22__.

Signature of Plaintiff __Gina Russomanno__
Mailing Address __6309 Avalon Ct__
__West Long Branch, NJ__
__07764__
Telephone Number __732-841-4647__
Fax Number *(if you have one)* ____
E-mail Address __grusso777@comcast.net__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____